IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MELISSA K. COURTNEY,

        Plaintiff,

v.                                Case No. 25-cv-1068-JWB

FRANK BISIGNANO,
Commissioner of Social Security,

        Defendant.

## MEMORANDUM AND ORDER

The court previously remanded this case for further administrative proceedings under 42 U.S.C. § 405(g) based on an unopposed motion to remand by Defendant, the Social Security Administration. (Docs. 13, 14) After reviewing the file and Plaintiff's unopposed motion for an award of attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), (Doc. 16) the court grants Plaintiff's motion and finds that reimbursement should be made for attorney fees in the amount of $5,221.60 for the representation of Plaintiff in this Social Security appeal.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA attorney fee is payable to the Plaintiff as the litigant and may be subject to offset to satisfy any pre-existing debt the litigant may owe to the United States. In addition, if Plaintiff's counsel ultimately receives an award of attorney fees pursuant to 42 U.S.C. § 406(b), she must refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

IT IS THEREFORE ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney fees under the EAJA in the amount of $5,221.60. The check for attorney fees should be

made payable to Plaintiff and mailed to Plaintiff's attorney address.

IT IS SO ORDERED.  Dated this 8th day of October, 2025.

              _s/ John W. Broomes_
              JOHN W. BROOMES
              CHIEF UNITED STATES DISTRICT JUDGE